**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRO FABIO GARCIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | ) Case No.: 2:13-cv-03655-MAN<br>)<br>) ORDER AWARDING EQUAL<br>) ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d)<br>) AND COSTS PURSUANT TO 28<br>) U.S.C. § 1920<br>)<br>) |

Based upon the parties' Stipulation For The Award And Payment Of Attorney Fees And Expenses Pursuant To The Equal Access To Justice Act ("Stipulation"), which was filed on March 12, 2015, IT IS ORDERED that fees shall be awarded in the amount of $2,526.34, as authorized by 28 U.S.C. § 2412, subject to the terms of the Stipulation.

DATE: March 13, 2015

\_\_\_ *Margaret A. Nagle* \_\_\_
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-